UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,              Case No. 21-cr-20623
                                   Honorable Denise Page Hood

vs.

HASSAN ABOU-RASS,

      Defendant.

---

## Preliminary Order of Forfeiture

Based upon Defendant Hassan Abou-Rass' conviction for violating 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud), Count 1 of the Information (ECF No. 1), the Rule 11 Plea Agreement (ECF No. 13), the Application for Preliminary Order of Forfeiture, and other information in the record, and pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461, and/or 18 U.S.C. § 982(a)(7), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The United States' Application for Entry of Preliminary Order of Forfeiture is **GRANTED**; and

2. Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461, and/or 18 U.S.C. § 982(a)(7), his interest in any and all property, real or personal, which

constitutes proceeds obtained or derived, directly or indirectly, from his violation of 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud).

3. A personal forfeiture money judgment in an amount to be announced by the Court is **GRANTED** and **ENTERED** against the Defendant in favor of the United States. This Preliminary Order of Forfeiture will be amended under Fed. R. Crim. P. 32.2(e)(1) when the amount of the money judgment has been determined by the Court.

4. Once the money judgment amount has been determined by the Court, the money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of the Defendant.

5. The forfeiture money judgment may be satisfied, to whatever extent possible, from any property the Defendant has now or may later acquire as substitute assets under 21 U.S.C. § 853(p).

6. Pursuant to Fed. R. Crim. P. 32.2, this Preliminary Order of Forfeiture shall become final as to the Defendant upon entry and the personal forfeiture money judgment shall be made part of the Defendant's sentence and included in his Judgment.

7. Upon entry of this Preliminary Order of Forfeiture, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure.

8. The provisions of this Order will survive the Defendant, notwithstanding the abatement of any underlying criminal conviction after the entry of this Order. The forfeitability of any particular property pursuant to this Order shall be determined as if the Defendant had survived, and that determination shall be binding upon the Defendant's heirs, successors, and assigns until the forfeiture money judgment amount is collected in full.

9. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: June 25, 2025            S/DENISE PAGE HOOD
                                HONORABLE DENISE PAGE HOOD
                                United States District Court Judge